IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01987-PSF-PAC

SHARON B. OSBORN,

    Plaintiff,

v.

QWEST CORPORATION;
QWEST EMPLOYERS BENEFIT COMMITTEE; and
QWEST MANAGEMENT SEPARATION PLAN,

    Defendants.

___

## ORDER SETTING CASE FOR TRIAL
___

The above-captioned matter has been scheduled for a **three-day trial to the Court** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **December 12, 2005 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **December 2, 2005 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED: September 21, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge