IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01987-PSF-PAC

SHARON B. OSBORN,

    Plaintiff,

v.

QWEST CORPORATION;
QWEST EMPLOYERS BENEFIT COMMITTEE; and
QWEST MANAGEMENT SEPARATION PLAN,

    Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

    This matter, coming before the Court upon the Stipulation for Dismissal with Prejudice, signed by counsel for Plaintiff and Defendants, and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear her/its own attorneys' fees and costs.

    DATED: December 1, 2005

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge